

40 Fulton Street – 23rd Floor – New York, NY 10038
Office: 212-235-5494 • Fax: 212-480-4444 • Email: Elizabeth@MacedonioLaw.com

**MEMO ENDORSED**

January 3, 2020

<u>Via ECF</u>

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Semiday</u>
18 Cr. 779 (ER)

Dear Judge Ramos:

I represent Curtis Hines in the above referenced matter. With the consent of the government, I write to request that the sentence in this matter be adjourned for a six week period. It is currently on the Court's calendar for January 15, 2020.

The within request is made to allow counsel additional time to prepare a sentence submission for the Court's review. I thank Your Honor for his consideration in this matter.

The sentencing is adjourned from January 15, 2020 to February 26, 2020 at 4:15 PM.

_____
Edgardo Ramos, U.S.D.J
Dated: January 6, 2020
New York, New York

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
*Attorney for the Defendant*
*Curtis Hines*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: January 6, 2020

All Parties Via ECF