# CHAN HUBBARD pllc
12 Park Street/ Brooklyn, NY 11206 / +1 917 979 3860

March 13, 2020

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Street
New York, New York 10007

> The application is granted. The sentencing currently scheduled for April 3, 2020 is adjourned to May 21, 2020 at 3:30 PM.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: March 17, 2020
> New York, New York

Re: **United States v. Semiday**
18 C.R. 779 (ER)

**MEMO ENDORSED**

    With the consent of the government, this letter is written to request an adjournment of at least six weeks for the sentencing in the above referenced matter. Currently it is on the Court's calendar for April 3, 2020.

    The within request is made with consideration of the BOP restrictions for legal visits due to COVID-19, gathering materials for sentencing and the ability of family members to attend sentencing. I respectfully request sentencing be set for that date or another date that is convenient for the Court.

    I thank Your Honor for his consideration in this matter.

                                Respectfully submitted,

                                *Shanti Hubbard*
                                Shanti Hubbard
                                *Attorney for the Defendant*
                                *Curtis Hines*

cc: All parties via ECF