# CHAN HUBBARD pllc

12 Park Street/ Brooklyn, NY 11206 / +1 917 979 3860

# MEMO ENDORSED

May 11, 2020

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Street
New York, New York 10007

<div style="border:1px solid">

Sentencing is adjourned to July 15, 2020, at 11:00 AM.
SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated:  5/20/2020
New York, New York

</div>

Re:  **United States v. Semiday**
18 C.R. 779 (ER)

With the consent of the government, this letter is written to request an adjournment of at least four weeks for the sentencing in the above referenced matter. Currently it is on the Court's calendar for May 21, 2020.

The within request is made with consideration of the BOP restrictions for legal visits due to COVID-19, gathering materials for sentencing and the ability of family members to attend sentencing.  I respectfully request sentencing be set for that date or another date that is convenient for the Court.

I thank Your Honor for his consideration in this matter.

Respectfully submitted,

*Shanti Hubbard*

Shanti Hubbard
*Attorney for the Defendant*
*Curtis Hines*

cc:  All parties via ECF