

52 Duane Street – 7th Floor – New York, NY 10007
Office: 212-235-5494 • Cell: 917-533-5965 • Email: emacedonio@Yahoo.com

July 19, 2021

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  7/22/2021
```

# MEMO ENDORSED

Re: **United States v. Curtis Hines**
18 Cr. 779 (ER)

Dear Judge Ramos:

    I represent Curtis Hines in the above referenced matter. Mr. Hines' case is currently on the Court's calendar for sentence on July 30, 2021. With the consent of the government, it is respectfully requested that the case be put over to September 14 or 15, 2021.

    This request is made to allow counsel the opportunity to review the Presentence Report with Mr. Hines, to gather letters of support on his behalf and to draft a sentencing submission for the Court's consideration. These tasks have proven to be difficult to accomplish given the pandemic this country is currently experiencing and thus additional time is required.

    I thank Your Honor for his consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
*Counsel for Defendant Curtis Hines*

---

Sentencing is adjourned to September 14, 2021 at 10:00 a.m.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __7/22/2021_____
New York, New York