USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 11/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against -

CURTIS HINES,

        Defendant.
-------------------------------------------------------x

**RESCHEDULING NOTICE**

18 Cr. 779-5 (ER)

The sentencing hearing previously scheduled for November 18, 2021, is hereby **rescheduled for November 30, 2021, at 3:00 p.m.** at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY 10007, Courtroom 619.

Dated: New York, New York
       November 16, 2021

                              s/ Jazmin Rivera
                              Jazmin Rivera, Courtroom Deputy