UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

– *against* –

CURTIS HINES,

                Defendant.

**ORDER**

18-cr-00779 (ER)

RAMOS, D.J.:

The government is directed to respond to Hines's motion for a sentence reduction (Doc. 144) by March 25, 2024.

SO ORDERED.

Dated:   March 4, 2024
            New York, New York

                                                  Edgardo Ramos, U.S.D.J.